Dennis Larson **LOOP**, Appellant,

v.

**UNITED STATES of America;
United States Marshal's
Service, Appellees.**

No. 06–3402.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 22, 2007.

Filed: May 30, 2007.

Dennis Larson Loop, Minneapolis, MN, pro se.

Graham A. Boyd, American Civil Liberties Union Foundation, Inc., Santa Cruz, CA, for Appellant.

Patricia R. Cangemi, Assistant U.S. Attorney, U.S. Attorney's Office, Minneapolis, MN, for Appellees.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

**PER CURIAM.**

Dennis Larson Loop appeals the district court's[1] adverse grant of summary judg-

ment in his 42 U.S.C. § 1983 action. Following careful de novo review, *see Kasper v. Federated Mut. Ins. Co.*, 425 F.3d 496, 502 (8th Cir.2005), we affirm the grant of summary judgment, finding no reversible error of fact or law. *See* 8th Cir. R. 47B.

---

1. The Honorable John R. Tunheim, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota.